UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABOR FORCE PARTNERS, LTD., et al., | NO. CIV. S-06-0311 FCD/KJM |
| Plaintiffs, | |
| v. | ORDER OF NON-RELATED CASES |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| ROBERT TARTER, d/b/a B&B CONSTRUCTION, | NO. CIV. S-06-0901 GEB/KJM |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. Both actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact are

different, the questions of law are not novel, it is not clear that the same result should follow in both actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, CIV. S-06-0901 GEB/KJM, shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

DATED: March 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE